# DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 99050798 | Notice of Appearance of Counsel | | 11/19/2021 | 3 |
| 99072983 | Answer to Original Petition | | 11/17/2021 | 2 |
| 98502851 | Request for Issuance of Service- James K. Lee (Defendant) | | 10/19/2021 | 2 |
| ·> 98502852 | Request for Issuance of Service-JJBADS | | 10/19/2021 | 1 |
| 97648629 | PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCOVERY | | 08/31/2021 | 5 |

**EXHIBIT A**

Case 4:21-cv-03968   Document 1-1   Filed on 12/06/21 in TXSD   Page 2 of 16

11/19/2021 3:00 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 59344699
By: Quandella Andrews
Filed: 11/19/2021 3:00 PM

CAUSE NO. 2021-55339

| | | |
|---|---|---|
| **SEAN XAVIER HOLCOMBE** | § | **IN THE DISTRICT COURT** |
|     **Plaintiff** | § | |
| | § | |
| **v.** | § | **133rd JUDICIAL DISTRICT** |
| | § | |
| **JAMES KENNETH LEE,** | § | |
| **JJBADS TRUCKING, LLC. and.** | § | |
| **JIMMY EDGAR HIPES** | § | |
|     **Defendants** | § | **HARRIS COUNTY, TEXAS** |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Clinton V. Cox, IV and Lauren Lopez of the law firm COX, PLLC hereby enter their appearance in this lawsuit as counsel for Defendants JAMES KENNETH LEE, JJBADS TRUCKING, LLC, and JIMMY EDGAR HIPES.

Defendants request that the undersigned counsel be added to any notice or service lists, and that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon undersigned counsel as follows:

**Clinton V. Cox, IV (Lead Counsel)**
State Bar No. 24040738
ccox@coxpllc.com
**Lauren M. Lopez**
State Bar No. 24078994
llopez@coxpllc.com
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
Tel: (214) 444-7050
Fax: (469) 340-1884

Respectfully submitted,

**COX P.L.L.C.**

By: _____
**CLINTON COX**
State Bar No. 24040738
ccox@coxpllc.com
**Lauren M. Lopez**
State Bar No. 24078994
llopez@coxpllc.com
8144 Walnut Hill Lane, Suite 1090
Dallas, Texas 75231
(214) 444-7050
[Fax] (469) 340-1884

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing instrument has been served to all attorneys of record in the above-entitled and numbered cause, in accordance with the Texas Rules of Civil Procedure on this the 19th day of November 2021.

*/s/ Lauren Lopez*
**Lauren Lopez**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Donna Gordon on behalf of Lauren Lopez
Bar No. 24078994
dgordon@coxpllc.com
Envelope ID: 59344699
Status as of 11/19/2021 3:58 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Thomas Nixon | | tpnix@hotmail.com | 11/19/2021 3:00:59 PM | SENT |
| Thomas Nixon | | nxnlaw@gmail.com | 11/19/2021 3:00:59 PM | SENT |
| Clint V.Cox | | ccox@coxpllc.com | 11/19/2021 3:00:59 PM | SENT |
| Donna Gordon | | dgordon@coxpllc.com | 11/19/2021 3:00:59 PM | SENT |
| Lauren Lopez | | llopez@coxpllc.com | 11/19/2021 3:00:59 PM | SENT |

CAUSE NO. 2021-55339

| | | |
|---|---|---|
| Sean Xavier Holcombe | § § § § § | IN THE DISTRICT COURT |
| VS. | § § | ____th JUDICIAL DISTRICT |
| James Kenneth Lee<br>JJBADS Trucking LLC.<br>Jimmy Edgar Hipes | § § § § § § | HARRIS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

James Lee  JJBADS Trucking LLC.  Jim Hipes , DEFENDANT, files this Defendant's Original Answer. The last three numbers of 705, 340 's driver's license number are xxx. The last three numbers of 705, 340 's Social Security number are xxx.

*1. General Denial*

Defendant enters a general denial.

*3. Prayer*

Defendant prays that Plaintiff take nothing and that Defendant be granted all relief requested in this Original Answer.

Defendant prays for general relief.

Respectfully submitted,

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2021 NOV 17 PM 12: 52

Page 1 of 2
CIVIL AFTER HOURS

By: /s/

| NAME: | Jim Hipes |
|---|---|
| ADDRESS: | 2138 Golden Gate Kingman AZ 86401 |
| TEL: | 928/279/7095 |
| EMAIL: | JbandStrucking@Gmail.com |
|  |  |
|  |  |

## Certificate of Service

I certify that a true copy of the above was served on November 16, 2021 on each party/counsel of record pursuant the TRCP 21a.

*Via Email: nxnlaw@gmail.com*
Thomas Nixon

/s/ 

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2021 NOV 17 PM 12: 52

CIVIL AFTER HOURS

Case 4:21-cv-03968 Document 1-1 Filed on 12/06/21 in TXSD Page 9 of 16

10/19/2021 1:47:35 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 58327296
By: DENMON, BRIANNA J
Filed: 10/19/2021 1:47:35 PM

# Marilyn Burgess – Harris County District Clerk

## Request for Issuance of Service

**CASE NUMBER:** 2021-55339  **CURRENT COURT:** 133rd

**Name(s) of Documents to be served:** Plaintiff's Orginal Petition & Request for Discovery

**FILE DATE:** 08/31/2021  Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Jimmy Edgar Hipes registerd agent for JJBADS

**Address of Service:** 2138 Golden Gate Ave

**City, State & Zip:** Kingman, Arizona 86401

**Agent (if applicable)** _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [x] Other (Please Describe) By certifed Mail to registerd agent

(See additional Forms for Post Judgment Service)

**SERVICE BY (check one):**
- [ ] ATTORNEY PICK-UP (phone) _____
- [x] CONSTABLE
- [ ] MAIL to attorney at: _____

- [x] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)

(Note:) **CAPIAS is not an E-Issuance Option**

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
- [ ] OTHER , *explain* email to: nxnlaw@gmail.com

**Issuance of Service Requested By:** Attorney/Party Name: Thomas P. Nixon   Bar # or ID 24048692

**Mailing Address:** 5444 Westheimer Rd., Ste. 125, Houston, TX 77056-5378

**Phone Number:** 713-893-4439

Case 4:21-cv-03968   Document 1-1   Filed on 12/06/21 in TXSD   Page 10 of 16

10/19/2021 1:47 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 58327296
By: Brianna Denmon
Filed: 10/19/2021 1:47 PM

# Marilyn Burgess – Harris County District Clerk

## Request for Issuance of Service

CASE NUMBER: 2021-55339    CURRENT COURT: 133rd

Name(s) of Documents to be served: Plaintiff's Orginal Petition & Request for Discovery

**FILE DATE:** 08/31/2021    Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** James Kenneth Lee

Address of Service: 4872 N. Van Nuys Rd.

City, State & Zip: Kingman, Arizona 86409-1840

Agent (if applicable): 

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [x] **Citation**
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] **Citation Scire Facias**    Newspaper _____
- [ ] **Temporary Restraining Order**
- [ ] Precept
- [ ] Notice
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ( $12.00)**
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] **Certiorari**
- [ ] Highway Commission ( $12.00)
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] **Habeas Corpus**
- [ ] Injunction
- [ ] Sequestration
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (*check one*):
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] CONSTABLE
- [ ] **MAIL to attorney   at:** _____
- [ ] **CERTIFIED MAIL by District Clerk**
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)

(Note:) **CAPIAS is not an E-Issuance Option**

- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____  Phone: _____
- [x] **OTHER**, *explain*  email to: nxnlaw@gmail.com

**Issuance of Service Requested By:** Attorney/Party Name: Thomas P. Nixon    Bar # or ID 24048692

Mailing Address: 5444 Westheimer Rd., Ste. 125, Houston, TX 77056-5378

Phone Number: 713-893-4439

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thomas Nixon
Bar No. 24048692
tpnix@hotmail.com
Envelope ID: 58327296
Status as of 10/19/2021 3:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas Nixon | | tpnix@hotmail.com | 10/19/2021 1:47:35 PM | SENT |
| Thomas Nixon | | nxnlaw@gmail.com | 10/19/2021 1:47:35 PM | SENT |

8/31/2021 2:32 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 56830420
By: Cecilia Thayer
Filed: 8/31/2021 2:32 PM

CAUSE NUMBER _____

| | | |
|---|---|---|
| SEAN XAVIER HOLCOMBE<br>Plaintiff, | § § § § | IN THE DISTRICT COURT |
| vs. | § § § | _____ JUDICIAL DISTRICT |
| JAMES KENNETH LEE<br>JJBADS TRUCKING, LLC<br>JIMMY EDGAR HIPES<br>Defendants. | § § § § § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGNAL PETITION AND REQUEST FOR DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Sean X. Holcombe, hereinafter called Plaintiff, complaining of and about James Kenneth Lee, JJBADS Trucking, LLC, and Jimmy Edgar Hipes, Defendants, and for cause of action shows unto the Court the following:

### INTRODUCTION

On or about March 12, 2021, an employee working for Defendant, JJBADS Trucking, LLC, was operating a commercial vehicle, AZ license plate AH66423, registered to Defendant, Jimmy Edgar Hipes. This vehicle struck Plaintiff from behind and/or on the back left side of his vehicle while Plaintiff was driving in the 1800 block S. Gulf Fwy., in Harris County, Texas.

### PARTIES AND SERVICE

1. Plaintiff, Sean X. Holcombe is a resident of the State of Texas and reside in Harris County, Texas.

2. Defendant, James Kenneth Lee, is a resident of 4872 N. Van Nuys Rd, Kingman, AZ 86409-1840

3. Defendant, JJBADS Trucking, LLC, is a corporation in the State of Arizona, whose registered agent is Jimmy Edgar Hipes, and may be served with process at 2138 Golden Gate Ave.,

Kingman, AZ 86401.

4. Defendant, Jimmy Edgar Hipes, is the registered owner of the vehicle involved and possible employer of Defendant, he can be served at 2138 Golden Gate Ave., Kingman, AZ 86401.

## DISCOVERY CONTROL PLAN

5. Pursuant to the Texas Rules of Civil Procedure 190.1, Plaintiff requests that discovery in this matter be conducted under Rule 190.2 (Level 2).

## JURISDICTION AND VENUE

6. The subject matter in controversy is within the jurisdictional limits of this court.

7. Venue in Harris County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

8. On or about March 12, 2021, an employee (James Kenneth Lee) working for Defendant, JJBADS Trucking, LLC, and Jimmy Edgar Hipes was operating a commercial vehicle, AZ license plate AH66423, registered to Defendant, Jimmy Edgar Hipes. This vehicle struck Plaintiff from behind and/or on the back left side of his vehicle while Plaintiff was driving in the 1800 block S. Gulf Fwy., in Harris County, Texas.

9. Plaintiff was physically injured, pain, and suffering as a result of the accident the subject of this suit.

10. Plaintiff suffered bodily injury and property damage as a result of the accident.

11. Plaintiff incurred medical damages and expenses as a result of the accident.

12. Plaintiff was treated for injuries as a result of the accident.

## PLAINTIFF'S CLAIMS FOR NEGLIGENCE AGAINST DEFENDANTS

13. Plaintiff alleges that Defendant's employee was negligent on the date in question, and that such negligence was the proximate cause of the damages described herein. Defendant had control of his vehicle on the date in question.

Plaintiff complains that Defendant's employee was negligent in one or more of the following respects:

a. In handling his vehicle in such a way that an ordinary prudent person would not have under the same or similar circumstances;

b. In Failing to exercise that degree of care that would be exercised by a very cautious and prudent person under the same or similar circumstances in the operation of a motor-driven vehicle such that Defendant would be personally liable to Plaintiff under Texas law;

c. In failing to look forward and in his mirror(s) to scan the area of progression for respective vehicles and yielding the right of way;

d. In failing to keep a proper lookout and yielding to right of way traffic;

e. Failing to control the speed of his respective vehicle and failing to maintain a single lane of traffic;

f. Failure to maintain a safe distance between his vehicle and Plaintiff;

g. Other acts deemed negligent, due to the unsafe operation of his respective vehicle.

h. Defendants, JJBADS Trucking, LLC and Jimmy Edgar Hipes are responsible for the actions of their employee as he was acting in the course and scope of his employment or he was driving a vehicle entrusted to him by these Defendants, and therefore they are responsible for his actions under the doctrine of respondeat superior and any other applicable doctrine or law in the State of Texas

## REQUESTS FOR DISCLOSURE

14.  Pursuant to Rule 194, you are requested to disclose within 50 days of service of this request, the information or material described in Rule 194.2 of the Texas Rules of Civil Procedure.

## RULE 193.7 T.R.C.P. NOTICE

15.  Plaintiff hereby gives notice to Defendant that any and all documents produced may be used against Defendant at any pretrial proceeding and/or trial of this matter without the necessity of authenticating the documents.

## DAMAGES

16.  Plaintiff sustained the following damages as a result of the actions and/or omissions of Defendant's employee described hereinabove:

   a.  All reasonable and necessary medical expenses incurred from all related past and future medical treatment for bodily injury;
   b.  All reasonable and necessary costs incurred in pursuit of this suit;
   c.  All past and future medical expenses incurred or to be incurred;
   d.  Emotional pain;
   e.  Physical pain and stress;
   f.  Pain and suffering;
   g.  Expert fees as the Court deems appropriate;
   h.  Permanent Disfigurement and Disability;
   i.  Property damage to his vehicle and personal property;
   j.  Lost wages and employment;
   k.  Interest; and
   l.  Mental anguish in the past, present, and future.

## T.R.C.P. 47

Plaintiff seeks monetary relief in an amount greater than $20,000.00, but less than $1,000,000.00. Plaintiff seeks judgment from the Court for all relief both at law and in equity to which he is entitled.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with interest as allowed by law; costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

LAW OFFICE OF NIXON & ASSOCIATES, P.C.

By: */s/ Thomas P. Nixon*
Thomas P. Nixon
Attorney-in-Charge
Texas Bar No. 24048692
5444 Westheimer, Suite 125
Houston, Texas 77056
Tel. (713) 893-4439
Fax. (888) 591-6924
nxnlaw@gmail.com
tpnix@hotmail.com
Attorney for Plaintiff